# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOSEPH DEMESQUITA,

Plaintiff,

v. Case No.: 6:26-mc-00022-JSS-LHP

KEVIN J. WATSON,

Defendant,

---

## ORDER

Before the Court is *pro se* Plaintiff Joseph Demesquita's Motion for Leave to File Electronically. Doc. No. 4. On review, this motion (Doc. No. 4) is **DENIED without prejudice**.

"While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the pro se party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted).

Here, Plaintiff fails to provide a memorandum of legal authority as required by Local Rule 3.01(b), much less make a showing of good cause or extenuating circumstances; instead, he simply refers to his memberships in various state and federal bars and his years of experience using PACER. Doc. No. 4. Relatedly, Plaintiff has not established why his membership in PACER would not be sufficient

to litigate this case. The motion also fails to comply with the typography requirements of Local Rule 1.08.

The Court directs Plaintiff's attention to the Court's website, *see* https://www.flmd.uscourts.gov/litigants-without-lawyers. A *pro se* litigant may consent to receive Notices of Electronic Filings by completing the available consent form, *see* https://apps.flmd.uscourts.gov/proseNEF/.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2026.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties